**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re:  NEIL WYKES | § | Case No. 07-72855 |
| JENIFER WYKES | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/21/2007.

2) The plan was confirmed on 09/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/09/2010.

5) The case was dismissed on 08/13/2010.

6) Number of months from filing or conversion to last payment: 33.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,390.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 19,902.63 | |
| Less amount refunded to debtor | $ 533.28 | |
| **NET RECEIPTS** | | $ 19,369.35 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,350.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,389.10 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,739.10 |
| Attorney fees paid and disclosed by debtor: | $ 226.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| CARPENTER LAW, P.C. | Lgl | 3,500.00 | 3,576.00 | 3,576.00 | 3,350.00 | 0.00 |
| BENEFICIAL ILLINOIS INC | Sec | 0.00 | 181,113.45 | 0.00 | 0.00 | 0.00 |
| BENEFICIAL ILLINOIS INC | Sec | 6,850.00 | 6,530.92 | 6,530.92 | 930.01 | 0.00 |
| HSBC | Sec | 5,700.00 | 6,875.00 | 4,700.00 | 3,159.99 | 979.23 |
| HSBC | Uns | 3,021.00 | 2,142.77 | 4,317.77 | 0.00 | 0.00 |
| MCHENRY COUNTY TREASURER | Sec | 6,283.46 | 6,283.46 | 6,283.46 | 6,283.46 | 900.58 |
| A/R CONCEPTS | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| AMER COLL CO | Uns | 540.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 853.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 795.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 6,576.00 | 6,576.85 | 6,576.85 | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 392.00 | 392.00 | 392.00 | 0.00 | 0.00 |
| FINANCIAL ASSET MGMT | Uns | 444.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 363.00 | 363.59 | 363.59 | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 168.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 78.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HSBC / RS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SVCS | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 534.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 111.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 201.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD HEIGHTS PROPERTY | Sec | 1,235.00 | 1,235.00 | 1,235.00 | 704.95 | 0.00 |
| OSI COLLECT | Uns | 534.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECT | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 641.00 | 641.00 | 641.00 | 0.00 | 0.00 |
| UNIQUE NATIONAL CO. | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Uns | 134.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY TREASURER | Sec | 1,462.47 | 1,462.47 | 1,462.47 | 1,462.47 | 209.56 |
| ADVOCATE LUTHERAN GENERAL | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| ALISSA LEVY CHUNG, PH.D. | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| C.T.I | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL RECOVERY SERVICE LC | Uns | 224.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH | Uns | 212.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR CHILDREN'S | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Uns | 206.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| DANA A. MCNEIR DDS | Uns | 538.00 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| EASTERN COLLECTION | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC. | Uns | 392.00 | NA | NA | 0.00 | 0.00 |
| FLET & LUKES | Uns | 24.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CONTROL SOLUTIONS | Uns | 392.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNY | Uns | 363.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| I.C.S COLLECTION SERVICE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| KANU PANCHAI | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| LIFETOUCH PRESCHOOL | Uns | 129.00 | NA | NA | 0.00 | 0.00 |
| LINDSEY CHIROPRACTIC | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| METCALF & ASSOCIATES | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 1,576.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| PATRICK HACKE | Uns | 6,832.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 223.00 | NA | NA | 0.00 | 0.00 |
| RENEE SHOPP, R.N.C. | Uns | 380.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| ROLLINS FAMILY DENTAL CENTER | Uns | 418.00 | NA | NA | 0.00 | 0.00 |
| SHAFFER & ASSOC. | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| THE BILLING CENTER | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| THOWN SQUARE ANESTHESIA, LLC | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| ULTIMATE SPY CLUB | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| VERITAS INSTRUMENT RENTAL, | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM C. DAM, MD.SC | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 0.00 | 1,050.28 | 1,050.28 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 6,530.92 | $ 930.01 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,700.00 | $ 3,159.99 | $ 979.23 |
| All Other Secured | $ 8,980.93 | $ 8,450.88 | $ 1,110.14 |
| **TOTAL SECURED:** | $ 20,211.85 | $ 12,540.88 | $ 2,089.37 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 13,341.49 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,739.10 |
| Disbursements to Creditors | $ 14,630.25 |
| **TOTAL DISBURSEMENTS:** | $ 19,369.35 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  12/23/2010            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)